IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA MARCELL OWEN,

    Plaintiff,

v.

NANCY BERRYHILL,

    Defendant,

JUDGMENT IN A CIVIL CASE

18-cv-106-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

/s/                                                                            4/19/2018

Peter Oppeneer, Clerk of Court                      Date