FORM 1.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

United States District Court

for the

RECEIVED

MAY 10 2018

United States Court of Appeals
For The Federal Circuit

__U.S. Court__ District of __Appeals__

__Brenda Marcell Owen__, Plaintiff,

v. Case No. __18-CV-106-WMC__

__Nancy Berryhill__, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that __Brenda Marcell Owen__
(name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit __Howard T Markey National Courts Building__
(from the final judgment) ((from an order) (describe the order)) entered in this action on __18th day of April 2018__

Ordered Cases #18-CV-100-WMC
         #18-CV-101-WMC
         #18-CV-106-WMC

__Brenda Marcell Owen__
(Signature of appellant or attorney)

Brenda Marcell Owen
506 North Main Street, Oregon, Wisconsin, 53575
(Address of appellant or attorney and e-mail address) bmarcellowen@gmail.com

Reset Fields

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.